# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD WALTER LAW,
                    Appellant,
        vs.
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,
                    Respondent.

No. 78146

FILED

MAR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting in part a motion to dismiss. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order appealed from is not a final judgment appealable under NRAP 3A(b)(1) because it does not resolve all of appellant's claims against respondent. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). It also appears that appellant's claims against Olivia Sanabria and Arturo Sanabria remain pending in the district court.

As no other statute or court rule authorizes an appeal from an order granting a motion to dismiss in part, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only

19-12837

consider appeals authorized by statute or court rule"), this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.

_____Cadish_____, J.

cc:     Hon. Jerome M. Polaha, District Judge
        Ronald Walter Law
        Pyatt Silvestri
        Washoe District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A

2